IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

C.L. FRATES & COMPANY, an )
Oklahoma corporation, )
                         Plaintiff, )
v. ) Case No. CIV-11-1020-L
WESTCHESTER FIRE INSURANCE )
COMPANY, a Pennsylvania corporation )
                        Defendant. )

## J U D G M E N T

In accordance with the court's order entered on October 4, 2012 (Doc. No. 34), the court hereby enters judgment in favor of plaintiff, C.L. Frates & Company ("Frates") and against defendant, Westchester Fire Insurance Company ("Westchester") on Frates' claim for breach of contract. The court orders that Frates recover the sum of One Hundred Forty-Eight Thousand Seven Hundred Twenty-Seven and 32/100 Dollars ($148,727.32) from Westchester. The court will entertain post-judgment motions regarding attorney's fees and costs.

Entered this 10th day of October, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge