IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

C.L. FRATES & COMPANY, an           )
Oklahoma corporation,               )
                                    )
                Plaintiff,          )
                                    )
v.                                  )        Case No. CIV-11-1020-L
                                    )
WESTCHESTER FIRE INSURANCE          )
COMPANY, a Pennsylvania corporation )
                                    )
                Defendant.          )

# J U D G M E N T

Pursuant to the order issued this date, the court hereby enters judgment in

favor of plaintiff, C.L. Frates & Company, and against defendant, Westchester Fire

Insurance Company, in the amount of $19,312.00 in attorney's fees and $27,004.84

in pre-judgment interest, together with interest thereon at the rate allowed by law

from this date until paid.

Entered this 20th day of February, 2013.

_____
TIM LEONARD
United States District Judge