FILED
United States Court of Appeals
Tenth Circuit

**September 4, 2013**

**Elisabeth A. Shumaker**
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

C.L. FRATES & COMPANY, an Oklahoma corporation,

    Plaintiff - Appellee,

v.

WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation,

    Defendant - Appellant.

No. 12-6274
(D.C. No. 5:11-CV-01020-L)

---

## JUDGMENT

---

Before **HOLMES**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

---

    This case originated in the Western District of Oklahoma and was submitted on the briefs at the direction of the court.

    The judgment of that court reversed.  The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                       Entered for the Court

                       ELISABETH A. SHUMAKER, Clerk