# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| C.L. FRATES & COMPANY, an Oklahoma corporation, | ) ) ) |
| Plaintiff, | ) ) ) Case No. CIV-11-1020-L |
| vs. | ) ) |
| WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate and agree that the claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

**RESPECTFULLY SUBMITTED THIS 19th DAY OF DECEMBER, 2013.**

Respectfully submitted,

/s/ Ryan S. Wilson
Ryan S. Wilson, OBA #14340
Elizabeth A. Price, OBA #22278
HARTZOG CONGER CASON & NEVILLE
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oklahoma 73102
(405) 235-7000 (Telephone)
(405) 996-3403 (Facsimile)
rwilson@hartzoglaw.com
eprice@hartzoglaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/Timothy L. Martin
(signed by filing attorney with permission)
Timothy L. Martin
Thomas R. Kendrick
DURBIN, LARIMORE & BIALICK
920 North Harvey
Oklahoma City, OK  73102-2610
tmartin@dlb.net
tkendrick@dlb.net

Joseph K. Powers
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004
Joseph.powers@sedgwicklaw.com

**ATTORNEYS FOR DEFENDANT**